FILED
CLERK, U.S. DISTRICT COURT

May 21, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS AYALA,<br><br>    Plaintiff,<br><br>v.<br><br>JAY H. MESSINGER, in his individual and representative capacity as trustee of the Jay H. Messinger & Judith S. Messinger Family Trust; JUDITH S. MESSINGER, in her individual and representative capacity as trustee of the Jay H. Messinger & Judith S. Messinger Family Trust; EYE CARE PROFESSIONALS, an Optometric Corporation, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-04812-SVW-MAN<br><br>**ORDER**<br><br><br>JS-6 |

## **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: May 21, 2015

*/s/ Stephen V. Wilson*

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal    Case: 2:14-CV-04812-SVW-MAN